IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  15-cv-00459-RPM

ROBERT MARK SMITH,

    Plaintiff,

v.

TOWN OF KREMMLING, COLORADO;
ROBERT DILLON, Officer in the Kremmling Police Department;
TODD WILSON, Officer in the Kremmling Police Department;
DAN MAYER, Officer in the Grand County Sheriff's Office;
ZACHARY LUCHS, Officer in the Grand County Sheriff's Office;
MIKE REED, Officer in the Grand County Sheriff's Office; and
SCOTT SPADE, Police Chief of Kremmling Police Department, in his individual and
   official capacity,

    Defendants.
_____

ORDER SETTING SCHEDULING CONFERENCE
_____

Pursuant to D.C.COLO.LCivR 16, it is

ORDERED that  a scheduling conference will be held on **July 22, 2015, at 10:30 a.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIIIJudges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 4/3/2015).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on July 16, 2015.**  The conference is conducted with <u>lead counsel present in person</u>. No parties or representatives of parties will be permitted to attend.  Initial disclosures under

Rule 26(a)(1) will be completed no later than 10 calendar days before the scheduling conference

Dated:   June 4th, 2015

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge