IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00459-RPM

ROBERT MARK SMITH,

    Plaintiff(s),

v.

TOWN OF KREMMLING, COLORADO;
ROBERT DILLON, Officer in the Kremmling Police Department;
TODD WILSON, Officer in the Kremmling Police Department;
DANIEL MAYER, Officer in the Grand County Sheriff's Office;
ZACHARY LUCHS, Officer in the Grand County Sheriff's Office;
MIKE REED, Officer in the Grand County Sheriff's Office; and
SCOTT SPADE, Police Chief of Kremmling Police Department, in his individual and official capacity,

    Defendant(s).

_____

### ORDER RE: DEFENDANTS TOWN OF KREMMLING, ROBERT DILLON, TODD WILSON, AND SCOTT SPADE'S UNOPPOSED MOTION FOR LEAVE TO PERMIT CO-LEAD COUNSEL TO APPEAR AT THE SCHEDULING CONFERENCE

_____

THIS MATTER comes before the Court on Defendants Town of Kremmling, Robert Dillon, Todd Wilson, and Scott Spade's Unopposed Motion for Leave to Permit Co-Lead Counsel to Appear at the Scheduling Conference, and the Court being fully advised in the matters set forth therein,

DOES HEREBY ORDER that the Motion is GRANTED. Ms. Pratt may appear at the Scheduling Conference on July 22, 2015, at 10:30 a.m. in lieu of Mr. Marks.

DATED: June 30th, 2015

                                BY THE COURT:

                                s/Richard P. Matsch
                                _____
                                Richard P. Matsch Senior District Judge