**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                July 22, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Kathy Terasaki

---

| | |
|---|---|
| Civil Action No.  15-cv-00459-RPM | Counsel: |
| ROBERT MARK SMITH, | Darold Killmer |
| | Michael Fairhurst |
| Plaintiff, | |
| v. | |
| TOWN OF KREMMLING, COLORADO, | Katherine Pratt |
| ROBERT DILLON, Officer in the Kremmling Police Department, | |
| TODD WILSON, Officer in the Kremmling Police Department, | |
| DANIEL MAYER, Officer in the Grand County Sheriffs Office, | Eric Ziporin |
| ZACHARY LUCHS, Officer in the Grand County Sheriffs Office, | |
| MIKE REED, Officer in the Grand County Sheriffs Office, and | |
| SCOTT SPADE, in his individual and official capacities, Police Chief of Kremmling Police Department, | |
| Defendants. | |

---

## COURTROOM MINUTES

---

**SCHEDULING CONFERENCE**

**10:26 a.m.     Court in session.**

Discussion regarding Plaintiff's condition and medical records, equitable relief, facts of the case, claims, disclosures, and depositions.

Court states its practice regarding orders of reference to magistrate judge for settlement.

Counsel may file a joint motion for reference for a settlement conference before Magistrate Judge Hegarty.

**ORDERED:**   There shall be no email communications between counsel.

**ORDERED:**   The Stipulated Motion for Entry of Protective Order Concerning Confidential Information (Doc. No. 17) is **GRANTED**.  The Stipulated Protective Order is entered.

Scheduling Order is approved.

**10:54 a.m.**     **Court in recess.**

**Hearing concluded.  Total time: 28 minutes.**