# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 15-cv-00459-RPM

ROBERT MARK SMITH,

    Plaintiff,

v.

TOWN OF KREMMLING, COLORADO, *et al.*,

    Defendants.

---

## ORDER
---

UPON Plaintiff's Unopposed Motion to Amend the Scheduling Order, the Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS Plaintiff's Motion. The expert disclosure deadlines in the Scheduling Order entered in this matter shall be extended as follows:

- The party bearing the burden of persuasion on issues for which expert opinion is to be offered shall designate the expert and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **February 12, 2016**

- The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed. R. Civ. P. 26(a)(2) on or before **March 11, 2016**

DATED: January 15, 2016

                                    BY THE COURT

                                    s/Richard P. Matsch

                                    _____

                                    Richard P. Matsch, Senior District Judge