IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00459-RPM

ROBERT MARK SMITH,

    Plaintiff(s),

v.

TOWN OF KREMMLING, COLORADO;

ROBERT DILLON, Officer in the Kremmling Police Department;

TODD WILSON, Officer in the Kremmling Police Department;

DANIEL MAYER, Officer in the Grand County Sheriff's Office;

ZACHARY LUCHS, Officer in the Grand County Sheriff's Office;

MIKE REED, Officer in the Grand County Sheriff's Office; and

SCOTT SPADE, Police Chief of Kremmling Police Department, in his individual and official capacity,

    Defendant(s).

_____

**ORDER RE DEFENDANTS' UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINES**
_____

    THIS MATTER comes before the Court on Defendants' Unopposed Motion to Extend the Scheduling Order Deadlines.

2

The Court, being fully advised in the premises and for good cause shown, hereby:

GRANTS the Defendants' Motion.  The deadlines in the Scheduling Order shall be extended as follows:

- The discovery cutoff is extended to **May 20, 2016**;

- The dispositive motions deadline is extended to **June 20, 2016**;

- The parties shall designate all contradicting experts and provide opposing counsel with all information specified in Fed.R.Civ.P. 26(a)(2) by **April 8, 2016**;

- The parties shall offer any rebuttal opinions by **April 22, 2016**.

DATED:  March 3rd, 2016

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge